**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Harris County Self-Insured v. Levent Dogan

Appellate case number:   01-19-01006-CV

Trial court case number:  2017-14504

Trial court:                     189th District Court of Harris County

The motion for en banc reconsideration filed by appellee Levent Dogan on September 16, 2021 is **denied**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                        ☐ Acting individually     ☑ Acting for the Court

Panel consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: ___October 7, 2021___